UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JODI HUGHES-RODRIGUEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00396-HAB-SLC |
| | ) | |
| OFFICER KYLE HARTMAN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

In this removed action, Plaintiff Jodi Hughes-Rodriguez filed suit advancing claims under the Fourth and Fourteenth Amendments on behalf of herself and her minor child, M.R., after an unfortunate encounter with Defendant Officer Hartman on March 3, 2020. (ECF Nos. 1, 3). On January 29, 2021, the Magistrate Judge advised Hughes-Rodriguez, who is proceeding *pro se*, that while she has a right to represent herself in this suit, she "must obtain counsel for M.R. before this case can proceed with M.R. as a plaintiff." (ECF No. 11). The Court stayed the case and afforded Hughes-Rodriguez until March 1, 2021, to retain counsel on M.R.'s behalf. The Court further admonished that failure to obtain counsel would subject M.R.'s claims to summary dismissal without prejudice. *Id.*

Despite this admonition, Hughes-Rodriguez did not obtain counsel for M.R. within the designated time. On March 22, 2021, the Magistrate Judge held a status conference at which Hughes-Rodriguez reported that she had not succeeded in retaining counsel on M.R.'s behalf. Subsequently, on March 26, 2021, the Magistrate Judge entered a *sua sponte* Report and Recommendation (R & R) wherein she recommended that this Court DISMISS WITHOUT PREJUDICE M.R.'s claims and that the case continue with Hughes-Rodriguez as the sole plaintiff.

(ECF No. 15). The time for objections to the R & R has passed with no objections having been filed.

The undersigned has reviewed the Magistrate Judge's R & R and upon careful consideration of the Magistrate Judge's findings in the R & R and the lack of objections thereto, the R & R is APPROVED AND ADOPTED. (ECF No. 158). In accordance with the R & R:

(1) Plaintiff M.R.'s claims against the Defendants are DISMISSED WITHOUT PREJUDICE; and

(2) The case shall proceed as to Plaintiff Hughes-Rodriguez only. The Magistrate Judge's March 22, 2021, entry at ECF No. 14 lifts the stay previously imposed in this matter.

SO ORDERED on April 13, 2021

s/ *Holly A. Brady*
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT